**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LANDMARK EQUITY FUND II, LLC,

    Plaintiff,

v.                                                  Case No: 8:13-mc-96-T-30TBM

RESIDENTIAL FUND 76, LLC, REAL
ESTATE MORTGAGE INVESTMENT
CORPORATION (REMIC) and
CITIGROUP GLOBAL MARKETS
REALTY CORPORATION,

    Defendants.

_____

**<u>ORDER</u>**

THIS CAUSE comes before the Court upon Non-Party Meridian Asset Services' and Defendant Citigroup Global Markets Realty Corporation's Motion to Tax Attorneys' Fees and Costs (Dkt. #8).

Meridian and Citigroup filed motions to quash a subpoena Plaintiff Landmark Equity Fund II, LLC served on Meridian. The Magistrate Judge granted the motions to quash because they were deemed unopposed due to Landmark's failure to file a response to the motions during the relevant period of time. Meridian and Citigroup seek the fees and costs they incurred in opening this case and moving the Court to quash the subpoena. Specifically, Meridian and Citigroup seek $7,370.60 for conducting legal research and preparing and drafting the motions and $46.00 in costs for opening the case. Meridian and Citigroup do not state a legal basis for an award of fees and costs, other than a

perfunctory reference to Rules 26, 37, and 54 of the Federal Rules of Civil Procedure. Regardless of this failure, the Court does not see a compelling basis for an award of fees and costs under the circumstances. It is therefore

ORDERED AND ADJUDGED that:

1. Non-Party Meridian Asset Services' and Defendant Citigroup Global Markets Realty Corporation's Motion to Tax Attorneys' Fees and Costs (Dkt. #8) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of December, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-mc-96 motion to tax 8.docx